IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

THOMAS ERWIN MUNKER

Case No. 09-41854-13

Debtor.

## MOTION OF HERITAGE BUILDING, L.L.C. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE

**COMES NOW** Heritage Building, L.L.C. ("Heritage") by and through its attorneys Woner, Glenn, Reeder & Girard, P.A. and moves this Court for allowance and payment of administrative expense ("Motion") pursuant to 11 U.S.C. §§ 365(d)(3), 503(a), 503(b)(1)(A) and 507(a)(2). In support of its Motion, Heritage states:

1. On or about August 17, 2005, Thomas Munker d/b/a Munker Financial entered into a lease agreement ("Lease dated August 17, 2005") to rent office space located at 3024 SW Wanamaker Road, Topeka, KS 66614 from Heritage. A true and correct copy of the Lease dated August 17, 2005 is attached as Exhibit B to Heritage's proof of claim and is incorporated herein by this reference.

2. In addition, on or about January 8, 2008, Thomas Munker d/b/a Munker Financial entered into a further lease agreement ("Lease dated January 8, 2008") to rent office space located at 3024 SW Wanamaker Road, Topeka, KS 66614 from Heritage. A true and correct copy of the Lease dated January 8, 2008 is attached as Exhibit C to Heritage's proof of claim and is incorporated herein by this reference.

3. Thomas Munker filed his Chapter 13 Petition and Chapter 13 Plan on October 30, 2009 ("filing date").

4. After filing his Chapter 13 Petition on October 30, 2009, Thomas Munker enjoyed continued use and possession under the lease for at least sixty days following the filing date.

5. On March 2, 2010, Thomas Munker filed a *Motion to Modify Plan to Provide for Rejection of Executory Contract*, docket entry No. 41, seeking to reject the leases with Heritage.

6. On June 1, 2010, this Court entered *Agreed Order Resolving Objection of Heritage Building, L.L.C. to Debtor's Motion to Modify Plan to Provide for Rejection of Executory Contract* ("June 1, 2010 Order"). In the June 1, 2010 Order, Thomas Munker recognized that Heritage is entitled to an administrative priority claim under 11 U.S.C. § 507(a)(2) and § 503(b)(1)(A) for the rent due during the sixty days following the filing date under both leases amounting to $2,114.10 per month on the lease dated August 17, 2005 and $1,965.07 per month on the lease dated January 8, 2008 amounting to a grand total administrative priority claim of $8,158.34.

7. The June 1, 2010 Order provided that both the lease dated August 17, 2005 and the lease dated January 8, 2008 and all amendments to both leases were rejected and that Heritage may file an administrative priority claim for the 60 days following the filing date and may file an unsecured claim for the balance of the amounts due under both leases and that Heritage's proof of claim may be filed out-of-time but shall in any event be filed on or before July 1, 2010.

8. The post-petition use of both leases gives rise to an administrative claim under 11 U.S.C. § 503(b)(1)(A) and 11 U.S.C. § 365(d)(3) in the amount of $8,158.34. Said sum was agreed to by Thomas Munker in the June 1, 2010 Order.

**WHEREFORE**, Heritage Building, L.L.C. prays the Court for an Order allowing its administrative expenses as described herein; directing the Chapter 13 to make payment of the administrative expenses; and for such other and further relief as this Court deems just.

**RESPECTFULLY SUBMITTED:**

/s/ **Justin W. Whitney**
Bruce J. Woner, # 10297
Justin W. Whitney, # 23174
WONER, GLENN,
REEDER & GIRARD P.A.
5611 SW Barrington Court S.
P.O. Box 67689
Topeka, KS 66667-0689
(785) 235-5330
(785) 235-1615 (fax)
Justin@wonerglenn.com
Attorneys for Heritage Building, L.L.C.

### CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on the 1ST day of July, 2010, a true and correct copy of the *Motion of Heritage Building, L.L.C. for Allowance and Payment of Administrative Expenses* was served electronically to the parties registered to receive ECF notification from the Court.

/s/ **Justin W. Whitney**
Justin W. Whitney, #23174

00103188 8040.001